**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                    January 28, 2011

Courtroom Deputy:  Nel Steffens
Court Reporter:       Suzanne Claar
Probation Officer:    Douglas Randolph

**Criminal Action No.  10-cr-00362-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Matthew Kirsch |
| Plaintiff, | |
| v. | |
| 1.  DEBRA ROWE-JONES, | Abraham Hutt |
| Defendant. | |

**SENTENCING MINUTES**

**8:35 a.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum with the defendant.

Mr. Hutt makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Mr. Kirsch declines the opportunity to make a statement.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

   2. That the pending motions are resolved as follows:

      • the defendant's **Motion for Sentence Variance** [#13] filed January 17, 2011, is **GRANTED**, consistent with the foregoing findings and conclusions and the following orders;

   3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count One of the Information;

   4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant be sentenced to supervised probation for a term of **one year**, commencing forthwith;

   5. That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:

      • all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

      • all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

      • the following explicit or special conditions of supervised probation:

- that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised probation;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of defendant's DNA;

- that the defendant shall make and pay any restitution/fine/assessment as ordered and required by the court;

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

8. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

9. That immediately following this hearing, the defendant and her counsel shall report in person to confer with Mr. Randolph, the Probation Officer present in court today, to schedule an appointment to read, review, and sign the required conditions of supervised probation in this case; and

10. That the defendant shall pay restitution for the benefit of the United States Department of Veteran Affairs, in the amount of $40,013.74, due and payable forthwith to the Clerk of the Court.

The Defendant waives formal advisement of appeal.

**8:55 a.m.    Court in recess.**

Total time in court:   00:20

Hearing concluded.